UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:10-CR-00034 JD |
| ) | |
| LEONARD LOVE ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on May 26, 2010 [DE 21]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Leonard Love's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:   June 15, 2010

                                            /s/ JON E. DEGUILIO
                                            Judge
                                            United States District Court